THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT J. DEL COL, on Behalf of LOUIS MASTROBUONI, Petitioner, v JAMES FORD et al., Respondents. [932 NYS2d 715]—

The determination of the County Court, Suffolk County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v*

*Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Rivera, J.P., Leventhal, Roman and Sgroi, JJ., concur.